UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


SEANTREY MORRIS                                    CIVIL ACTION

VERSUS                                             NO.  14-1741

BRANDON LEBLANC AND                                SECTION  "N"  (4)
THE CITY OF GRETNA

## ORDER AND REASONS

Before the Court is Plaintiff's Motion for New Trial (Rec. Doc. 188).  Specifically, Plaintiff argues that the jury's verdict was against the great weight of the evidence.

Rule 59(a) of the Federal Rules of Civil Procedure provides, in part, that a court may grant a motion for new trial "for any reason for which a new trial has heretofore been granted in an action at law in federal court." Fed. R. Civ. P. 59(a). "A district court can grant a motion for new trial if the first trial was unfair or if the jury verdict was against the great weight of the evidence." *Cates v. Creamer*, 431 F.3d 456, 460 (5th Cir. 2005). The decision to grant or deny a motion for new trial falls within the sound discretion of the district court. *Seibert v. Jackson Cnty.,* 851 F.3d 430, 438 (5th Cir. 2017) (citing *Treadaway v. Societe Anonyme Louis–Dreyfus*, 894 F.2d 161, 164 (5th Cir. 1990)).

The Court, having reviewed the record, the applicable law, and memorandum of counsel, finds that Plaintiff has not demonstrated that the jury's verdict was against the great weight of the evidence.  The Court does not find that Plaintiff has sufficiently demonstrated an error that permits the Court to interfere with the jury's verdict. Further, having presided over this trial, the Court finds that the jury's verdict is otherwise adequately supported by the evidence.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for New Trial (Rec. Doc. 188) is **DENIED.**


New Orleans, Louisiana, this 15th day of May 2018.


_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**